JS-6
Admin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KUHLEMEIER, individually, and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:23-cv-05819-JGB-MRW<br><br>**ORDER APPROVING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Judge:   Hon. Jesus G. Bernal<br><br>Complaint filed: July 18, 2023<br>FAC filed:   October 17, 2023<br>Trial date:   None set |

1    On the stipulation (the "Stipulation") (ECF 15) submitted by plaintiff Brittany Kuhlemeier and defendant Target Corporation to stay proceedings in this action in their entirety pending the disposition of the earlier-filed and related actions entitled "*Corbin Halley, as an individual and on behalf of all others similarly situated, Plaintiffs, vs. Target Corporation, a Corporation, and Does 1 through 50, inclusive, Defendants*" (the "*Halley* Action") and "*Sherry Montgomery and Yesenia Alba, on behalf of themselves, all others similarly situated, Plaintiffs, vs. Target Corporation, a Minnesota corporation; and Does 1 through 50, inclusive, Defendants*" (the "*Montgomery* Action"), and good cause appearing therefor,

IT IS ORDERED that the Stipulation be and hereby is approved and made the order of the Court, thereby staying all proceedings pending disposition of the *Halley* and *Montgomery* Actions.

Dated: December 26, 2023.

_____
Jesus G. Bernal
United States District Judge